In the Matter of the Estate of DANIEL J. LEARY, Deceased.

ESTELLE WERNER, Appellant; WILLIAM C. REID et al., as Executors of DANIEL J. LEARY, Deceased, et al., Respondents.

Argued February 27, 1941; decided April 17, 1941.

*Henry A. Uterhart* and *Alfred M. Schaffer* for appellant.
*Siegfried F. Hartman* for William C. Reid et al., as executors of Daniel J. Leary, deceased, et al., respondents.
*John H. Schmid* for Cynthia Leary et al., respondents.

Order affirmed, with costs, and question certified answered in the negative. Motion to dismiss appeal denied. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, LEWIS, CONWAY and DESMOND, JJ. Dissenting: RIPPEY, J.